B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

**In re**

Case No. 8:22-bk-00131-RCT

**Debtor**

Chapter 7

AMENDED
**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......................................................... $ 2,000.00

   Prior to the filing of this statement I have received .............................................. $ 0.00

   Balance Due ........................................................................................................ $ 2,000.00

2. The source of the compensation paid to me was:

   ☐ Debtor          ☒ Other (specify)  N/A

3. The source of compensation to be paid to me is:   The fees will be paid on behalf of Debtor by Rebound Capital, LLC, a third-party finance company, pursuant to the terms of a post-petition Financing Agreement. A true and correct copy of the Financing Agreement is attached hereto as Exhibit "A-1".

   ☐ Debtor          ☒ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

A. **Base Legal Services**. The Base Legal Services included in this Post-Petition Agreement are the following:

- Preparing and filing Your Statement of Financial Affairs and Schedules of Assets and Liabilities and filing any necessary amendments to them (*Required*);
- Preparing and filing Your Means Test calculations and disclosures (*Required*);
- Meeting with You to review Your statements and schedules and have You sign them before we file them; (*Required*);
- Preparing for and attending Your Section 341 Meeting of Creditors, including any continuation of the Meeting (*Required*);
- Administrating and monitoring Your case and communicating with You throughout the process (*Required*);
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee (*Required*);
- Reviewing and responding to Trustee requests (*Required*);
- Any other legal service required by the local rules (*Required*);
- Emergency notification to certain creditors to stop a pending wage garnishment, foreclosure, eviction, repossession, or utility shut-off;
- Noticing Your employer to stop any garnishments;
- Reviewing and advising You about any turnover demands from the Trustee;
- Reviewing and advising You about any audit of Your case by the United States Trustee;
- Drafting or responding to claims or objections to claims;

- Preparing and filing a motion to reinstate Your case if it is dismissed;
- Reviewing, advising You about, negotiating and attending any hearing about a proposed reaffirmation agreement or redemption;
- Reviewing, advising and defending Your interests in connection with any lien avoidance matters;
- Preparation for and attendance at Rule 2004 examinations;
- Contested matters regarding Client's claim of exempt property;
- Motions or adversary complaints to abandon/refinance/sell/purchase property;
- Motions for relief from, or continuation, defense or enforcement of the automatic stay;
- Re-opening a bankruptcy case to submit post-filing proof of pre-discharge counseling;
- Defending against any motions to dismiss or convert your case; and
- Enrolling Client into a credit reporting and education program after You obtain Your bankruptcy discharge that will monitor and assist the Client with rebuilding Your credit. This program, which includes the following will be at no additional cost to the Client and will last for approximately 48 months after You obtain Your bankruptcy discharge order:

    - Access to "7 Steps to a 720 Credit Score," which is serviced by 720CreditScore.com;
    - Access to 720 Credit Score's monthly LIVE "Jumpstart Your Credit Calls" where You can listen or ask personal questions to a designated client representative;
    - Access to the 720 Credit Score customer service portal, where all Your pre/post-bankruptcy credit questions will be answered;
    - A post discharge/confirmation review of Your credit report to determine the accuracy of the information contained in the report;
    - In 45 days post-discharge the client's credit report will be reviewed to confirm that all errors, if any, have been fixed; and
    - Continued monitoring of any creditors that were subject to the Discharge Order that they have not renewed any collection activities against any discharged debt.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

A. **Non-Base Legal Services**. Legal services that exceed the scope of the Base Legal Services contemplated by the Retainer Fee may be provided by the Firm post-petition for an additional fee, including but not limited to representing Client in: (a) any motions to convert the case to a Chapter 13 ($3,700-$4,500); (b) any motions for mortgage modification ($1,800-$2,400); (c) any adversary proceedings to except a debt You owe from the discharge under Section 523 of the Bankruptcy Code (including dischargeability proceedings related to tax debts and student loan debts) or objecting to Your discharge under Section 727 of the Bankruptcy Code; (d) any adversary proceedings in which You are otherwise named as a party; (e) any municipal, county, state or other local jurisdiction court matters in which You are named as a party; (f) any tax matters; (g) any motions to redeem personal property($600.00); (h) pursuing creditors for violations of the automatic stay, discharge injunction, Fair Credit Reporting Act, Fair Debt Collection Practices Act or other related consumer protection statutes; (i) matters not specifically listed in the Base Legal Services that require substantial additional services to be performed by the Firm; or (j) any appeals, including any appeals of matters included in Base Legal Services.

For such Non-Base Legal Services, Client will be charged an hourly rate commensurate with the professional's skill and experience at a rate not to exceed $395.00 per hour for attorney time and $175/hour for paraprofessional time, billed in 6-minute minimum increments, unless a flat fee is indicated. Non-Base Legal Services will not be provided by Firm unless a separate retainer agreement is executed by Firm and Client upon mutually acceptable terms.

A true and correct copy of the Firm's fee agreement with Debtor(s) is attached hereto as Exhibit "A".

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 04/18/2022 | *Alan Borden Esq.* |
|---|---|
| Date | Signature of Attorney |
| | Debt Relief Legal Group LLC |
| | Name of law firm |