## REBOUND CAPITAL LLC
## ATTORNEY FEE FINANCING AGREEMENT
## ("Agreement")

Bankruptcy Attorney Name  Borden         File Number  00001

You, the Client (and Co-Client, if any, collectively "You") are entering into a binding agreement with Rebound Capital LLC ("**Rebound**" or sometimes "We" or "Us") wherein We will be advancing your legal fees to your bankruptcy attorney(s) (the "**Amount Financed**") and You will repay Us over time the amount financed, plus interest. By signing this Agreement, You agree to pay the Amount Financed in accordance with the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this Agreement.

### FEDERAL TRUTH-IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Price The total cost of your purchase on credit, is |
|---|---|---|---|---|
| 17.99 % | $200.20 | $2,000.00 | $2,200.20 | $2,200.20 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount per Payment | When Payments are Due |
|---|---|---|
| 12 | $183.35 | June 1, 2022 |
|  |  |  |

Or as follows:

**Late Charge**. If payment is not received in full within **10** days after it is due, you will pay a late charge of **$15.00**.

**Prepayment**. If you pay early, you will not have to pay a penalty.

**Additional Information**: See this Agreement for more information including information about nonpayment, default, any required repayment in full before the scheduled date.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT AGREEMENT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Client will not assert against any subsequent holder or assignee of this Agreement any claims or defenses the Client (debtor) may have against Rebound, or against the bankruptcy attorney being paid as a result of this Agreement.

**Agreement to Arbitrate**: By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this Agreement. you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Client Signs X _____

Co-Client Signs x _____

## OTHER IMPORTANT AGREEMENTS

**1.    FINANCE CHARGE AND PAYMENTS**

    **a.    How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

    **b.    How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this Agreement in any order we choose.

    **c.    How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Price shown on page **1** of this Agreement, on the assumption that you **will** make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

    **d.    You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2.    IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

    **a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this Agreement. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

    **b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this Agreement at once (accelerate). Default means:

    1.    You do not pay any payment on time;
    2.    You give false, incomplete, or misleading information on a credit application;
    3.    You start a proceeding in bankruptcy, or one is started against you or your property; or
    4.    You break any agreements in this Agreement.

If your only default is that you did not pay a payment on time, we may accelerate this Agreement only if your default continues for at least 30 days. Otherwise, we may accelerate any time after you default. Our right to accelerate is subject to any right the law gives you to reinstate this Agreement.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**3.    SERVICING AND COLLECTION CONTACTS**

    You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages. and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**4.    APPLICABLE LAW**

    Federal law and the law of the state of our address shown on page 1 of this Agreement apply to this Agreement.

Client Signs X _____    Co-Client Signs X _____

*The Annual Percentage Rate may be negotiable with Rebound. Rebound may assign this Agreement and retain its right to receive a part of the Finance Charge.*

**HOW THIS AGREEMENT CAN BE CHANGED. This Agreement contains the entire agreement between you and us relating to this Agreement.  Any change to this Agreement must be in writing and we must sign it. No oral changes are binding.**

Client Signs X _Jeffrey shatusky (Apr 18, 2022 15:32 EDT)_        Co-Client Signs X_____

If any part of this Agreement is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this Agreement without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**See the rest of this Agreement for other important agreements.**

**NOTICE TO CLIENT: Do not sign this Agreement in blank. You are entitled to a copy of the Agreement at the time you sign. Keep it to protect your legal rights.**

You agree to the terms of this Agreement. You confirm that before you signed this Agreement, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this Agreement, including the arbitration provision below, before signing below. You confirm that you received a completely filled-in copy when you signed it.

Client Signs X _Jeffrey shatusky (Apr 18, 2022 15:32 EDT)_        Co-Client Signs X_____

Co-Clients — A Co-Client is a person who is responsible for paying the entire debt.

<u>**ARBITRATION PROVISION**</u>

**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**

2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**

3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in Agreement, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your application, this Agreement or any resulting transaction or relationship (including any such relationship with third parties who do not sign this Agreement) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall riot apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval.



Client Signs X _____ Co-Client Signs X _____

You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website. Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside. Each party shall be responsible for its own attorney, expert(s), and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed, or appealed to a different court. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff, or transfer of this Agreement. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

Client Signs X _____    Co-Client Signs X _____

# Rebound - Financing Agreement

Final Audit Report                                                                    2022-04-18

| | |
|---|---|
| Created: | 2022-04-18 |
| By: | Erik Johanson (erik@johanson.law) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA6INbFdT6suNVfA1quntiL5du4OCxYyTB |

## "Rebound - Financing Agreement" History

📄 Document created by Erik Johanson (erik@johanson.law)
2022-04-18 - 3:42:18 PM GMT- IP address: 47.203.27.102

📧 Document emailed to Jeffrey shatusky (shatusky@gmail.com) for signature
2022-04-18 - 3:43:24 PM GMT

📄 Email viewed by Jeffrey shatusky (shatusky@gmail.com)
2022-04-18 - 7:30:16 PM GMT- IP address: 66.249.83.59

✒️ Document e-signed by Jeffrey shatusky (shatusky@gmail.com)
Signature Date: 2022-04-18 - 7:32:37 PM GMT - Time Source: server- IP address: 47.201.22.169

✅ Agreement completed.
2022-04-18 - 7:32:37 PM GMT